WILLIAM E. R. SMITH, proponent, ELIZABETH HAINES, EDITH J. ADAMS, GEORGE McM. GODLEY, CARRIE R. SCHOLFIELD, CHARLES P. SCHOLFIELD, THE COLLEGE BOARD OF THE PRESBYTERIAN CHURCH OF THE UNITED STATES, WILLIAM H. HULICK, legatees, and RANDOLPH RODMAN, named in the instrument purporting to be the last will of William Runkle, deceased, as executor, whose name was obliterated, respondents,

*v.*

HARRY G. RUNKLE, caveator-appellant.

[Argued March 16th and 17th, 1916. Decided June 19th, 1916.]

On appeals from a decree of the prerogative court, reported in *97 Atl. Rep. 296.*

*Messrs. Lum, Tamblyn & Colyer, Messrs. Church & Harrison, Messrs. Condict, Condict & Boardman, Mr. William Huck, Jr., Mr. Jehiel G. Shipman, Messrs. McCarter & English* and *Mr. Charles B. Storrs,* for the respondents.

*Messrs. Griggs & Harding,* for the caveator-appellant.

PER CURIAM.

The decree of the prerogative court, affirming the decree of the orphans court of Essex county, admitting to probate the

17

258        COURT OF ERRORS AND APPEALS.

United N. J. R. R. & C. Co. *v.* Cruc. Steel Co.        *86 N. J. Eq.*

last will and testament and codicil thereto of William Runkle, deceased, in the form therein expressed and adjudged, is in all things affirmed, for the reasons given in the opinion of Judge Martin, filed in the orphans court of Essex county.

This is the case which is designated in the record as admitting to probate the first and second pages in one-half sheet of legal cap paper, as part of the will and codicil.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—14.

*For reversal*—None.